```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 10598
   JOHN C SERRITELLA III
   RHEANNA M SERRITELLA                     CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-1830    SSN XXX-XX-0838

-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/28/08 .

     2.  The case was dismissed without confirmation, 09/12/2008.

     3.  The Debtor paid a total of $   2074.75 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORT | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO OPERATIONS C | SECURED | .00 | .00 | .00 |
| CITIFINANCIAL | SECURED | 8108.78 | .00 | 1954.41 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BEST BUY/HRS | UNSECURED | NOT FILED | .00 | .00 |
| BLOOMINGDALES | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| THOMAS E JOLAS PC | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| EMCC/GREAT LAKES | UNSECURED | NOT FILED | .00 | .00 |
| GAP | UNSECURED | NOT FILED | .00 | .00 |
| CEMB | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| HOUSEHOLD BANK | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET EMERGENCY PHYSICI | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| LANE BRYANT | UNSECURED | NOT FILED | .00 | .00 |
| LEADING EDGE | UNSECURED | NOT FILED | .00 | .00 |
| LOWES | UNSECURED | NOT FILED | .00 | .00 |
| LOWES | UNSECURED | NOT FILED | .00 | .00 |

```
MACYS                       UNSECURED       NOT FILED              .00            .00
NEIMAN MARCUS               UNSECURED       NOT FILED              .00            .00
PAYPAL                      UNSECURED       NOT FILED              .00            .00
SAMS CLUB                   UNSECURED       NOT FILED              .00            .00
SHERMAN ACQUISITION         UNSECURED       NOT FILED              .00            .00
SILVER CROSS HOSPITAL       UNSECURED       NOT FILED              .00            .00
UNIVERSITY OF ILLINOIS C    UNSECURED       NOT FILED              .00            .00
        Summary of disbursements:
-----------------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   8108.78          .00          .00          .00       8108.78
PRINCIPAL PAID       1954.41          .00          .00          .00       1954.41
INTEREST PAID             .00         .00          .00          .00            .00
TOTAL PAID           1954.41          .00          .00          .00       1954.41
```

The Debtor's attorney, MICHAEL J VITALE             , was allowed $         .00
and was paid $        .00 .

The Trustee received $    120.34 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 12/17/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO. 08 B 10598 JOHN C SERRITELLA III & RHEANNA M SERRITELLA